FILED
2023 OCT 18 PM 2:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

1. NELSON ROMERO (Full Name)
2. 9035 Foothill Blvd (Address Line 1) Apt C
3. Rancho Cucamonga. (Address Line 2)
4. Ca. 92404 (Phone Number)
5. Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED CV 23 - 02146-MWF(KS)

NELSON ROMERO,
    Plaintiff,
vs.
M. MAUGER #51323
San Bernardino
County CO.,
    Defendant(s).

Case No.: _____ (To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☐ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because its san bernardino.

Pro Se Clinic Form

Page Number 1

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

The Fourth amendment to the United States constitution protects against unreasonable searches and seizures.

Insert ¶ # To secure a warrant for searching a vehicle, law enforcement needs probable cause, in some cases, police may lose federal cases involving vehicle searches without a warrant due to violation of this constitutional right. ① Probable cause. The Fourth Amendment requires police to have probable cause to believe that evidence of a crime is in the vehicle before they can search it without a warrant. Without such cause, the search ~~and arrest~~ may be considered unconstitutional. a tinted window and broken windshield was not probable cause is why he stopped me. This is not sufficient to establish probable cause generally requires specific facts and circumstances that would lead a reasonable person to believe that evidence of a crime is present in the vehicle.

Insert ¶ # A broken windshield or tinted windows, by themselves, do not meet this standard. Federal cases related to the 4th amendment violations will be lost by police if its determined that they did not have a valid reason to search vehicle without a warrant and the evidence was obtained unconstitutionally. ~~Procedure without a note text root an accurate searches~~ a that's why the police department in SB has 2 star ratings because they are not acting like professional public servants acting with self entitlement, allowing Rights violation is a concerning issue that should be addressed through discussions with relevant chief justices and will.

Insert ¶ #

Pro Se Clinic Form                    Page Number     2

## III. PARTIES

3. Plaintiff **NELSON ROMERO** resides at:
   *(your full name)*

   _____
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant **M. MAUGER # 51323** works at
   *(full name of Defendant)*
   **San bernardino Police department**.
   *(Defendant's place of work)*

   Defendant's title or position is **public servent**.
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

   ☒ individual capacity                ☒ official capacity

   This Defendant was acting under color of law because: _____

   _____

5. Defendant **San bernardino Ca. 92404** works at
   *(full name of Defendant)*

   _____
   *(Defendant's place of work)*

   Defendant's title or position is **a corporation. 1853 by** established by white mormon assasins that murdered all the cerranos ans stole the land.
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):

   ☐ individual capacity                ☒ official capacity

   This Defendant was acting under color of law because: **Not teaching public servants to respect the constitutional american rights Not the california constitution which is ~~being~~ being attempted to over trow our american constitution like a domestic terrorist.**

Pro Se Clinic Form

Page Number ③

NR

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: This factors a can lead to the Police losing case, He had conducted the search without a valid warrant and without probable cause, it could result in loss of qualified immunity for clearly established law and shall be liable a broken window and tinted factory tinted windows is not sufficient to establish probable cause for vehicle search. Probable cause generally requires specific facts and circumstances that would lead a reasonable person to believe that evidence of a crime is present in vehicle. A broken windshield or tinted windows, by themself, do not meet this standard there is proof everywere.

___. The above civil right was violated by the following Defendants: This is a so important to hold law enforcement accountable for any violations of civil rights and seek legal remedies when such violations occur like this 4th ammendment violation.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

___. 1. unlawful conducted without a valid warrant, probable cause, or consent.
2. unlawful arres witnough a legal basis. Such as lacking a warrant or probable cause this actions have infringe on my individual civil right, as protected by the U.S. Constitution and Federal Las oh and US.

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: This is a serious concern, protecting individual rights and civil liberties is fundamental principle of democratic society, and instance were these rights are violated can indeed harm the american people.



Pro Se Clinic Form        Page Number
                              4

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

pleading to court to establish that I have a right to recover against defendant.

Dated: 10-18-23

Sign: Nelson Romero

Print Name: Nelson Romero

Pro Se Clinic Form

Page Number: 5

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10-18-23
Sign: NELSON ROMERO
Print Name: NELSON ROMERO



Pro Se Clinic Form                    Page Number